UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | 2:26-cv-06203-CBM-KS | Date | August 7, 2026 |
|---|---|---|---|

Title Innovative Sports Management, Inc. v. Martin Canova, et al.

Present: The Honorable CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings: IN CHAMBERS - Order To Show Cause Re: Dismissal for Lack of Prosecution**

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Generally, defendant must answer the complaint within 21 days after service (60 days if the defendant is the United States.)

In the present case, it appears that one or more of these time periods has not been met. Accordingly, the court, on its own motion, orders plaintiff(s) to show cause in writing on or before **August 21, 2026** why this action should not be dismissed for lack of prosecution as to **Maria Cardena doing business as individually and d/b/a Con Sabor A Peru also known as a/k/a Maria Delpilar Cardenas**. As an alternative to a written response by plaintiff(s), the Court will consider the filing of the following, as an appropriate response to this Order To Show Cause, on or before the above date, as evidence that the matter is being prosecuted diligently:

An answer by the following defendant(s): **Maria Cardena doing business as individually and d/b/a Con Sabor A Peru also known as a/k/a Maria Delpilar Cardenas;**
Plaintiff's application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure;

It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon the default of any defendant. All stipulations affecting the progress of the case must be approved by this Court. (Local Rules 7-1 and 7-2).

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due. This action will be **dismissed as to Maria Cardena doing business as individually and d/b/a Con Sabor A Peru also known as a/k/a Maria Delpilar Cardenas** if the above mentioned documents are not filed by the date indicated above.

IT IS SO ORDERED.